1014

[No. 32582-5-I.    Division One.    February 28, 1994.]

SHIRLEY ROLAND, ET AL, *Appellants*, v. IRWIN SCHILLER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-11871-8, Marilyn R. Sellers, J., entered
March 15, 1993. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Scholfield, J., con-
curred in by Coleman and Baker, JJ.

[No. 31448-3-I.    Division One.    February 28, 1994.]

ROBIN ROBERTS-GOOD, *Appellant*, and STEPHEN H.
GOOD, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-3-02192-1, Gilbert E. Mullen, J.,
entered September 11, 1992. *Affirmed* by unpublished opin-
ion per Forrest, J. Pro Tem., concurred in by Webster, C.J.,
and Baker, J.

[No. 15533-8-II.    Division Two.    February 28, 1994.]

PACIFIC COUNTY, *Respondent*, v. ROBERT HILL,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 90-2-00155-7, Michael G. Spencer, J., entered
November 7, 1991. *Affirmed* by unpublished opinion per
Seinfeld, A.C.J., concurred in by Alexander and Houghton,
JJ.